CORINNE C. WATERMAN, Appellant, *v.* JORDY & Co., INC., et al., Defendants. SOUTHER WHITTELSEY, Respondent.

Submitted April 19, 1948; decided April 22, 1948.

*Max Rockmore* for motion.

*Corinne C. Waterman,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the action within the meaning of the Constitution. [See 297 N. Y. 1030.]